Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 74.105.115.205,<br><br>                    Defendants. | Civil Action No. 2:14-cv-04394-KM-MAH |

**NOTICE OF FILING COMPLAINT AND EXHIBITS**

　　PLEASE TAKE NOTICE, Plaintiff is attaching hereto the Complaint with Exhibits A & B.  When filing the Complaint, undersigned inadvertently uploaded the wrong documents in place of the Complaint at CM/ECF 1.  Undersigned sincerely apologizes to the Court for any inconvenience its error may have caused.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 20, 2014　　　　　　　　By:   /s/ *Patrick J. Cerillo*
　　　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esquire
　　　　　　　　　　　　　　　　　　　　pjcerillolaw@comcast.net
　　　　　　　　　　　　　　　　　　　　4 Walter Foran Boulevard, Suite 402

1

                                                  Flemington, NJ 08822
                                                  Phone:  908-284-0997
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Patrick J. Cerillo*_____
                                              Patrick J. Cerillo, Esq.